

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2022

No. 04-22-00030-CR

Jorge Rene **VELASCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000108-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The reporter's record was due on March 7, 2022. On January 27, 2022, court reporter Yvonne S. Nino filed twelve volumes of the record; however, the docketing statement filed in this appeal indicates David Laurel is the court reporter responsible for this case. Accordingly, it is unclear whether the reporter's record is complete. We therefore **order** appellant to file a response **by March 28, 2022** confirming whether the reporter's record is complete.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court